IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Blair, Geraldine | Case Number: 07 B 20587 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 7/1/08 | Filed: 11/5/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 19, 2008
Confirmed: February 11, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 352.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 332.99 |
| Trustee Fee: | | 19.01 |
| Other Funds: | | 0.00 |
| Totals: | 352.00 | 352.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,334.00 | 332.99 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 5. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 6. | Washington Mutual Bank FA | Secured | 16,165.83 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 182.20 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 913.20 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 208.67 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 1,200.18 | 0.00 |
| 11. | RMI/MCSI | Unsecured | 253.29 | 0.00 |
| 12. | Educational Credit Management Corp | Unsecured | 2,862.35 | 0.00 |
| 13. | Fremont Investment & Loan | Secured | | No Claim Filed |
| 14. | First Premier | Unsecured | | No Claim Filed |
| 15. | AR Resources | Unsecured | | No Claim Filed |
| 16. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 17. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 18. | Safeco Insurance | Unsecured | | No Claim Filed |
| 19. | HSBC | Unsecured | | No Claim Filed |
| | | | $ 25,119.72 | $ 332.99 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 19.01 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Blair, Geraldine | Case Number:  07 B 20587 |
| | Judge:  Hollis, Pamela S |
| Printed:  7/1/08 | Filed:  11/5/07 |

$$\underline{\qquad\qquad}$$
$ 19.01

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                        Marilyn O. Marshall, Trustee, by:

